655 F.2d 1380
 Jimmy HANCOCK, Petitioner-Appellant,
v.
UNITED STATES of America, Respondent-Appellee.
 No. 80-7831
 
 Summary Calendar.
 United States Court of Appeals,
Fifth Circuit.
 Unit B
 Sept. 17, 1981.
 Appeal from the United States District Court for the Northern District of Alabama; Clarence W. Allgood, Judge.
 Jimmy Hancock, pro se.
 Roger C. Appell, Birmingham, Ala. (Court-appointed), for petitioner-appellant.
 J. R. Brooks, U.S. Atty., Holly L. Wiseman, Asst. U.S. Atty., Birmingham, Ala., for respondent-appellee.
 Before GODBOLD, Chief Judge, FRANK M. JOHNSON, Jr. and ANDERSON, Circuit Judges.
 PER CURIAM:
 
 
 1
 AFFIRMED. Rule 21. U.S. v. Kennington, 650 F.2d 544, (5th Cir. 1981); U.S. v. Bobo, 652 F.2d 453, (5th Cir. 1981).